**Before Magistrate Judge Sharon L. Ovington**

INITIAL APPEARANCE                                    Date: 5/10/18

Caption: USA v. TRAVIS EDWARD WALKER            Case Number: 3:18-mj-361

[ ✔ ]   Defendant appeared without.

[ ✔ ]   AUSA SaMee Harden, appeared on behalf of the Government.

[ ✔ ]   Rights and penalties explained and understood. Ct 1 15-30 yrs/$250,000 F/5 yrs - Life SR/$100 SA & Ct 2 5-20yrs/$250,000 F/5yrs-Life SR/$100 SA

[ ✔ ]   Financial Affidavit approved. Thomas Anderson appointed as counsel. Arthur Mullins appeared on behalf of Defendant for Thomas Anderson.

[ ✔ ]   The Government has moved for pretrial detention.

[ ✔ ]   Detention Hearing is set for 5/15/18 @ 1:30 p.m. in Courtroom #5 before Magistrate Judge Sharon L. Ovington.

[ ✔ ]   Preliminary Hearing is set for 5/24/18 @ 1:30 p.m. in Courtroom #5 before Magistrate Judge Sharon L. Ovington.

[ ✔ ]   Defendant is remanded to the custody of the U.S. Marshal.

[ ✔ ]   Other: The Government is moving for a limited unsealing of the Complaint and Affidavit to provide Defense Counsel with a Copy; oral motion GRANTED by the Court.

COURT REPORTER: CourtSmart                           CONVENED: 1:43
DEPUTY CLERK: Rose Plummer                           RECESSED: 1:47