IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:18cr75 |
| TRAVIS E. WALKER, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 5/31/2018 |
| Jury Trial Date | 7/30/2018 |
| Final Pretrial Conference (by telephone) | **Monday, 7/23/2018 at 5:00 pm** |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 7/13/2018 |
|    Other Motions | 7/16/2018 |
| Discovery Cut-off | 7/20/2018 |
| Speedy Trial Deadline | 8/2/2018 |
| Discovery to be made available by Government To Defendant | **close of business, 6/14/2018 (Thurs.)** |

July 11, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE