UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:18-cr-075 |
| | : | |
| | : | **JOINT MOTION TO** |
| vs. | : | **CONTINUE TRIAL DATE** |
| | : | |
| **TRAVIS EDWARD WALKER** | : | |
| | : | |
| Defendant. | : | |
| | : | |

Come now the United States, by and through the undersigned Assistant United States Attorney for the Southern District of Ohio and Defense Counsel, requests this court to continue the Trial, currently scheduled for July 30, 2018. As grounds for this Motion, the parties request additional time to negotiate a possible plea agreement.

Mr. Walker understands that in requesting this continuance, he will be tolling the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(7)(A), which permits such tolling when either the defendant or the government requests a continuance, and when the ends of justice served by granting such continuance, outweigh the public's and the defendant's interests in a speedy trial.

WHEREFORE, the parties request that this Court continue the scheduled trial date from July 30, 2018 to a future date as determined by the Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

s/Samee Harden
SAMEE HARDEN (DC1005658)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, OH 45402
(937) 225-2910
Samee.harden@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 20th day of July, 2018, on Defense Counsel via the Court's ECF filing system.

s/Samee Harden
Samee Harden (DC 1005658)
Assistant United States Attorney