UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:18-cr-075 |
| | : | |
| vs. | : | **JOINT MOTION TO** |
| | : | **CONTINUE PLEA HEARING** |
| **TRAVIS EDWARD WALKER** | : | |
| | : | |
| **Defendant.** | : | |

Come now the United States, by and through the undersigned Assistant United States Attorney for the Southern District of Ohio and Defense Counsel, requests this court to continue the Plea Hearing, currently scheduled for December 17, 2018.  As grounds for this Motion, the parties request additional time to negotiate a possible plea agreement.  Counsel spoke with Counsel for the Defendant, who indicates that he does not object to this continuance.

WHEREFORE, the parties request that this Court continue the scheduled plea hearing date from December 17, 2018 to a future date as determined by the Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

s/Samee Harden
SAMEE HARDEN (DC1005658)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, OH 45402
(937) 225-2910
Samee.harden@usdoj.gov

s/Thomas W. Anderson
Federal Public Defender
1 South Main Street
Fifth Third Center, Suite 490
Dayton, OH 45402
937-225-7687
Email: Thomas_Anderson@fd.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 13th day of December, 2018, on Defense Counsel via the Court's ECF filing system.

s/Samee Harden
Samee Harden (DC 1005658)
Assistant United States Attorney