IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:18-CR-75 |
| vs. | : | Judge Walter H. Rice |
| TRAVIS EDWARD WALKER, | : | **MOTION TO CONTINUE PLEA** |
| Defendant. | : | |

Now comes Defendant, Travis Edward Walker ("Mr. Walker"), through counsel, and respectfully moves this Court to continue the Plea Hearing currently scheduled for Tuesday, January 29, 2019. As grounds for this Motion, the parties request additional time to continue to negotiate a plea agreement. Counsel spoke with Assistant United States Attorney, Samee Harden, and she has no objection to this requested continuance.

Wherefore, Mr. Walker requests that this Court continue the Plea Hearing scheduled for January 29, 2019.

Respectfully submitted,

DEBORAH L. WILLIAMS,
FEDERAL PUBLIC DEFENDER

s/Thomas W. Anderson, Jr.
Thomas W. Anderson, Jr. (0073138)
Office of the Federal Public Defender
1 South Main Street, Suite 490
Dayton, Ohio 45402
(937) 225-7687
Thomas_Anderson@fd.org
Attorney for Defendant
Travis Edward Walker

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon SaMee Harden, Assistant United States Attorney, on the date same was filed.

                                                          s/Thomas W. Anderson, Jr.
                                                          Thomas W. Anderson, Jr.