U.S. Magistrate Judge Sharon L. Ovington (Courtroom Minutes)

PLEA                                                    DATE: 9/23/19

CAPTION: USA v. TRAVIS E. WALKER        CASE NUMBER: 3:18-cr-75

**Pltf's Attorney:**                         **Deft's. Attorney:**
SaMee Harden/Kelly Madzey                    Thomas Anderson

[ ✓ ] Defendant appeared with counsel and sworn.

[ ✓ ] Defendant consented to Magistrate Judge jurisdiction to accept the plea.

[ ✓ ] Advisory sentencing guidelines and maximum penalties discussed and understood.

[ ✓ ] Constitutional rights explained and understood.

[ ✓ ] Defendant waived constitutional rights.

[ ✓ ] Plea agreement read into the record by SaMee Harden..

[ ✓ ] Statement of Facts read into record by SaMee Harden.

[ ✓ ] Defendant acknowledged accuracy of Statement of Facts.

[ ✓ ] Defendant entered pleas of **GUILTY to Counts  1, 4 , & 5  .**

[ ✓ ] Court will recommend that the Pleas be accepted and made a permanent part of the record.

[ ✓ ] Defendant referred to Probation Department for Presentence Investigation.

[ ✓ ] Defendant is remanded to the custody of the US Marshal.

[ ✓ ] Sentencing set for 1/23/20 at 1:45 p.m. in Courtroom #1 before Judge Walter H. Rice.

COURT REPORTER: Mary Schweinhagen            CONVENED: 9:35
DEPUTY CLERK: Rose Plummer                   RECESSED: 10:30