IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:18-CR-75 |
| vs. | : | Judge Walter H. Rice |
| TRAVIS EDWARD WALKER, | : | **ORDER** |
| Defendant. | : | |

Upon Motion of the Defendant and for good cause shown, the court hereby grants counsel's request to authorize entry to the Montgomery County Jail for David H. Roush, Psy.D. to evaluate Mr. Walker on January 10, 2020.

1-7-2020
DATE

WALTER H. RICE
UNITED STATES DISTRICT JUDGE