# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18CR075 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| TRAVIS EDWARD WALKER, | : | |
| Defendant. | : | |

## JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING

Comes now the United States of America, by and through counsel, and Thomas W. Anderson, counsel for defendant Travis Edward Walker, and respectfully move this Court for a continuance of the sentencing hearing scheduled for January 23, 2020 until thirty (30) days after Dr. David Roush's, Psy.D., Report is received by the parties as ordered by the Court on January 7, 2020 (R. 27). Accordingly, the parties respectfully request an extension of the sentencing memoranda's briefing schedule to 10 days before the new sentencing hearing date (Defendant's memorandum) and 3 days before the new sentencing hearing date (Government's memorandum).

//

//

//

//

//

//

//

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant a continuance of the sentencing hearing.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

| | |
|---|---|
| s/SaMee Harden | s/Thomas W. Anderson (Aut. tele. 1/10 /20) |
| SAMEE HARDEN (DC1005658) | THOMAS W. ANDERSON |
| Attorney for Plaintiff | Attorney for Defendant |
| Assistant United States Attorney | One S. Main Street |
| 200 West Second Street, Suite 600 | Dayton, Ohio 45402 |
| Dayton, Ohio 45402 | (937) 225-7687 |
| (937) 225-2910 | Fax: (937) 225-7688 |
| Fax: (937) 225-2564 | Thomas_Anderson@fd.org |
| SaMee.Harden@usdoj.gov | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served this 10th day of January, 2020, electronically on: Thomas W. Anderson, Esq.

s/SaMee Harden
SAMEE HARDEN (DC1005658)
Assistant United States Attorney