IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18CR075 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| TRAVIS EDWARD WALKER, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Comes now the United States of America, through undersigned counsel, providing notice that Assistant United States Attorney George Painter will, from this date forward appear in this case as counsel on behalf of the United States of America.

    Respectfully submitted,

    DAVID M. DEVILLERS
    United States Attorney

    s/George Painter
    GEORGE PAINTER (0097271)
    Assistant United States Attorney
    Attorney for Plaintiff
    200 West Second Street, Suite 600
    Dayton, Ohio 45402
    Office: (937) 225-2910
    Fax: (937) 225-2564
    E-mail: Rob.Painter@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing *Notice of Appearance and Substitution of Counsel* was served on this 24th day of January, 2020, via the Court's CM/ECF system on Thomas W. Anderson, Esq.

    s/George Painter
GEORGE PAINTER (0097271)
Assistant United States Attorney